IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
KATHLEEN M. DAME

  Debtor(s)

Ronda J. Winnecour
  Movant
  vs.
No Repondents.

Case No.:19-20820 JAD

Chapter 13

Related to ECF No. 48

**DEFAULT O/E JAD**

ORDER OF COURT

AND NOW, this 11th day of June, 2024, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

FILED
6/11/24 11:26 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____  jah
JEFFERY A. DELLER
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
KATHLEEN M. DAME  
    Debtor

Case No. 19-20820-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2  
Date Rcvd: Jun 11, 2024      Form ID: pdf900      Total Noticed: 8

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2024:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | KATHLEEN M. DAME, 1100 College Park Dr, Unit #9, Coraopolis, PA 15108-2393 |
| 15004071 | + | LSF9 MASTER PARTICIPATION TRUST, C/O UDREN & ASSOCIATES, WOODCREST CORPORATE CENTER, STE 200, 111 WOODCREST ROAD, Cherry Hill, NJ 08003-3620 |
| 15014997 | | LSF9 MASTER PARTICIPATION TRUST, 13807 WIRELESS WAY, Oklahoma City, OK 73134 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 15014995 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 12 2024 00:36:41 | CAPITAL ONE, PO BOX 30285, Salt Lake City, UT 84130-0285 |
| 15050002 | + | Email/Text: kburkley@bernsteinlaw.com | Jun 12 2024 00:33:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15028833 | + | Email/Text: bncnotifications@pheaa.org | Jun 12 2024 00:31:00 | PHEAA, PO BOX 8147, HARRISBURG PA 17105-8147 |
| 15014998 | + | Email/Text: bncnotifications@pheaa.org | Jun 12 2024 00:31:00 | PHEAA, DEFAULT COLLECTIONS, PO BOX 8147, Harrisburg, PA 17105-8147 |
| 15369726 | ^ | MEBN | Jun 12 2024 00:19:17 | U.S. Bank Trust National Association, Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | LSF9 MASTER PARTICIPATION TRUST |
| cr | | U.S. Bank Trust National Association, not in its i |
| 15046947 | | LSF9 Master Participation Trust, Caliber Home Loans, 13801 Wireless Way, Oklahoma City OK 731 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15014996 | *+ | LSF9 MASTER PARTICIPATION TRUST, C/O UDREN & ASSOCIATES, WOODCREST CORPORATE CENTER, STE 200, 111 WOODCREST ROAD, Cherry Hill, NJ 08003-3620 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2024  Signature:  /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Mario J. Hanyon | on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Russell A. Burdelski | on behalf of Debtor KATHLEEN M. DAME Russ@BurdelskiLaw.com  russ.burdelski@gmail.com |
| Stephen Russell Franks | on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST amps@manleydeas.com |
| Thomas Song | on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST pawb@fedphe.com |

TOTAL: 9